United States District Court<br>Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TYE JAHN LE 'DRE PARKER,

    Plaintiff,

v.

SAN FRANCISCO SHERIFF'S DEPT., et. al.,

    Defendants.

Case No. 21-cv-01026 BLF (PR)

**JUDGMENT**

For the reasons stated in the order of dismissal, this action is dismissed without prejudice. Judgment is entered accordingly. The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __October 5, 2021__

*(signature)*
BETH LABSON FREEMAN
United States District Judge

Judgment
C:\Users\harwellt\AppData\Local\Microsoft\Windows\INetCache\Content.Outlook\I05D8F52\01026Parker_jud.docx